In the Matter of the Estate of STANLEY A. WAGNER, Deceased. JAAN AARISMAA, IV, Appellant; JOHN L. WAGNER, as Executor of STANLEY A. WAGNER, Deceased, Respondent.

Submitted April 13, 2015; decided June 25, 2015

Submitted June 8, 2015; decided June 25, 2015

Motion by petitioner-appellant for affirmative relief dismissed upon the ground that the Court of Appeals does not have juris-

diction to entertain it (*see* NY Const, art VI, § 3). Cross motion by respondent-respondent for the imposition of sanctions denied.

Chief Judge LIPPMAN taking no part.